*In re* KARIMI MIRANDA LABRADOR.

*Número:* 7711                    *Resuelto:* 10 de septiembre de 1993

*Karimi Miranda Labrador, pro se; Mady Pacheco García de la Noceda,* abogada del Colegio de Abogados de Puerto Rico.

## RESOLUCIÓN

Luego de examinar la petición de reinstalación como abogado y notario presentada el pasado 19 de agosto de 1993 por Karimi Miranda Labrador, se accede a lo solicitado y se autoriza su reinstalación al ejercicio de la profesión de abogado y notario a partir de 19 de agosto de 1993, previo el cumplimiento de los trámites necesarios para ello.

*Esta resolución se publicará.*

Lo acordó el Tribunal y certifica el señor Secretario General.

*(Fdo.)* Francisco R. Agrait Lladó
*Secretario General*